J. Dean Rice, State Bar No. 77886
MAXIE RHEINHEIMER STEPHENS & VREVICH, LLP
350 10th Avenue, Suite 900
San Diego, CA  92101
Telephone : (619) 515-1155
Facsimile : (619) 515-1159

Grant Luna, Esq. SBN 92408
3111 Camino del Rio North, Suite 400
San Diego, CA  92108
Telephone: (619) 528-2249
Facsimile: (619) 528-8454

Attorneys for Plaintiff STACI OTT

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACI OTT,<br><br>        Plaintiff,<br><br>v.<br><br>SKY CHEFS, INC., a Delaware corporation; LSG SKY CHEFS, a Delaware business entity; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.:  **CV10-7455 R(RZx)**<br><br>**COMPLAINT FOR DAMAGES**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1. Jurisdiction is proper in the United States District Court Central District of California based on diversity of citizenship.

2. Plaintiff STACI OTT is and at all relevant times was a citizen of the State of California. Defendant SKY CHEFS, INC. is a Delaware corporation with its principal place of business in the State of Texas. Defendant LSG SKY CHEFS is a Delaware business entity form unknown, with its principal place of business in the State of Texas. The amount in controversy, without interest and costs, exceeds the sum specified by 28 U.S.C. §§ 1332.

///

3. Venue is proper in the United States District Court Central District of California pursuant to U.S.C. 1391(c). At all relevant times Plaintiff STACI OTT resided in Riverside County, California. Defendant SKY CHEFS, INC. at all relevant times does business in the County of Los Angeles and maintains a facility at Los Angeles International Airport. Defendant LSG SKY CHEFS at all relevant times herein does business in Orange County and maintains a facility at John Wayne Airport.

## PARTIES

4. Plaintiff STACI OTT (hereinafter "PLAINTIFF") at all relevant times herein, was a resident of the County of Riverside, California.

5. PLAINTIFF at all relevant times herein was a flight attendant for Alaska Airlines acting within the course and scope of her employment.

6. Defendants SKY CHEFS, INC. and LSG SKY CHEFS, (hereinafter "DEFENDANTS") at all relevant times herein were in the business of catering food and beverages to airlines including Alaska Airlines.

7. PLAINTIFF is informed and believes that DOES 1-5 were agents and employees of DEFENDANTS and at all relevant times herein acting within the course and scope of their employment and responsible for the acts and injuries as alleged herein.

8. At all times mentioned herein, the mentioned acts and injuries were caused by the acts of the DOE Defendants while acting in their official capacity as agents and employees of DEFENDANTS.

## GENERAL ALLEGATIONS

9. PLAINTIFF realleges and incorporates the allegations contained in Paragraphs 1-8 of this Complaint as fully set forth herein.

10. This case involves an injury caused by the closing of a heavy commercial airplane door on PLAINTIFF occurring at SEATAC Airport in the State of Washington.

11. On February 8, 2010 DEFENDANTS by and through their agents and employees, DOES 1-5, opened the airplane side door to board the plane and provide catering services including food and beverages to the galley. In order to provide access to DEFENDANTS and

1　their employees in a confined space, PLAINTIFF attempted to adjust her position next to the door.

12. Suddenly and without warning or announcement, DEFENDANTS and DOES 1-5 slammed the airplane door closed striking PLAINTIFF on the shoulder and causing her severe bodily injuries.

## NEGLIGENCE CAUSE OF ACTION

13. PLAINTIFF realleges and incorporates by reference the allegations contained in paragraphs 1-12 of this Complaint as fully set forth herein.

14. DEFENDANTS by and through their employees and agents, DOES 1-5, at all relevant times herein had a duty in opening and closing the airplane door to act with due regard for the safety of PLAINTIFF and other persons including but not limited to warning when the door was to be closed and to not strike flight attendants with the airplane door when closing or opening.

15. On February 8, 2010 DEFENDANTS and DOES 1-5 carelessly and negligently closed the airplane door striking PLAINTFF's body.

16. As a direct and proximate cause of the negligence of DEFENDANTS and DOES 1-5 closing the airplane door and striking PLAINTIFF she suffered severe injuries.

17. PLAINTIFF was 43 years of age at the time of the injury. Prior to this injury, she was employed by Alaska Airlines as a flight attendant. As a result of her injuries, PLAINTIFF has suffered and will continue to suffer loss of earnings and benefits in an amount according to proof.

18. As a further result of DEFENDANTS and DOES 1-5 conduct, PLAINTIFF has employed and continues to employ physicians, surgeons, and health care providers to treat and care for her injuries and will continue to incur medical and incident expenses in an amount to be shown according to proof.

19. As a result of the severe injuries suffered by PLAINTIFF, she has endured and will continue to endure in the future pain, suffering and physical limitations.

///

WHEREFORE, PLAINTIFF prays for judgment against DEFENDANTS and DOES 1-5, as follows:

    A.    General Damages including pain and suffering;

    B.    Past and future medical and related expenses in a sum according to proof;

    C.    Loss of wages, employment opportunities, benefits and advantages in a sum according to proof; and

    D.    Costs of suit and any and all damages the Court deems proper under the circumstances.

DATED: 10-5-10

MAXIE RHEINHEIMER
STEPHENS & VREVICH LLP

By: _____
J. Dean Rice, Attorneys for
Plaintiff STACI OTT

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| STACI OTT | SKY CHEFS, INC., a Delaware corporation; LSG SKY CHEFS, a Delaware business entity; and DOES 1-10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| J. Dean Rice, Esq. 350 10th Avenue, Suite 900, San Diego, CA 92101<br>(619) 515-1155                     (619) 528-2249<br>Grant Luna, 3111 Camino del Rio North, Ste. 400, San Diego, CA | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff          ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant     ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No          ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
U.S.C. §§ 1332

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 441 Voting | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | | ☐ 443 Housing/Accommodations | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 220 Foreclosure | IMMIGRATION | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: _____   **CV10-7455 R(RZx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                CIVIL COVER SHEET                                Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside County, CA | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Sky Chefs, Inc. - Los Angeles, County, CA<br>LSG Sky Chefs, Orange County, CA | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Washington State | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date _____

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

**CV10- 7455 R (RZx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
J. Dean Rice, State Bar No. 77886
MAXIE RHEINHEIMER STEPHENS & VREVICH
350 10th Avenue, Suite 900
San Diego, CA 92101-7498

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACI OTT <br><br> PLAINTIFF(S) <br> v. <br><br> SKY CHEFS, INC., a Delaware corporation; LSG SKY CHEFS, a Delaware business entity; and DOES 1-10, inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV10-7455 R(RZx)** <br><br><br> SUMMONS |

TO: DEFENDANT(S): SKY CHEFS, INC.; LSG SKY CHEFS, and DOES 1-10

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __J. Dean Rice__, whose address is __350 10th Avenue, Suite 900, San Diego, CA 92101-7498__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __OCT - 6 2010__        By: _____
                                     Deputy Clerk
                                     (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                     SUMMONS

Name & Address:
J. Dean Rice, State Bar No. 77886
MAXIE RHEINHEIMER STEPHENS & VREVICH
350 10th Avenue, Suite 900
San Diego, CA 92101-7498

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| STACI OTT | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV10-7455 R(RZx) |
| SKY CHEFS, INC., a Delaware corporation; LSG SKY CHEFS, a Delaware business entity; and DOES 1-10, inclusive, DEFENDANT(S). | SUMMONS |

TO: DEFENDANT(S): SKY CHEFS, INC.; LSG SKY CHEFS, and DOES 1-10

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __J. Dean Rice__, whose address is 350 10th Avenue, Suite 900, San Diego, CA 92101-7498. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __OCT - 6 2010__     By: __NANCY CASTRO__
                                 Deputy Clerk

                                 (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*